### 7580. SWEENEY et al. v. DICKEY.

HODGES, J. The error complained of in the bill of exceptions in this case is the overruling of a motion for a new trial. The document sent up in the record as a brief of the evidence contains 47 pages of typewriting, the greater part of which consists of questions and answers, and is not a compliance with the provisions of the code and the rulings of the Supreme Court and of this court as to the briefing of evidence. Park's Code, vol. 5, § 6093, and annotations. It is held by the Supreme Court that "When there is no legal brief of evidence filed with the motion for new trial, but only a document which fails to comply with the provisions of the Civil Code (1910), § 6093, the Court of Appeals should not look to such a document for the purpose of determining the questions raised in the motion for new trial." *Whitaker* v. *State*, 138 *Ga.* 139 (4 *a*), 145 (75 S. E. 254). The judgment overruling the motion for a new trial must therefore be *Affirmed.*

DECIDED SEPTEMBER 21, 1916.

Complaint; from city court of Richmond county—Judge Black. May 30, 1916.

*William H. Fleming,* for plaintiffs.

*Bryan Cumming, C. H. & R. S. Cohen,* for defendant.